ELECTRONICALLY FILED
MADISON COUNTY CIRCUIT COURT
Tiffany McDaniel, Circuit Clerk
2026-May-20  14:23:08
44CV-26-134
C04D06 : 13 Pages

### IN THE CIRCUIT COURT OF MADISON COUNTY, ARKANSAS
### CIVIL DIVISION

**BATTEAU BLACKWOOD FARMS, LLC.**                                         **PLAINTIFF**

**vs.**                                          CASE NO.: 44CV-26-134

**STATE FARM FIRE AND CASUALTY COMPANY**                      **DEFENDANT**

### COMPLAINT

COMES NOW the Plaintiff Batteau Blackwood Farms, LLC., by and through their

attorney, Chris Baker of the Horton Law Firm, and for their Complaint against the

Defendant State Farm Fire and Casualty Company, states and alleges as follows:

### GENERAL BACKGROUND

1.    This complaint is being filed by Plaintiff for damages to their property.  Plaintiff had

an insurance policy at the time the damage occurred insuring against loss.  Plaintiff has

attempted to receive the benefit of their policy, but disagreements between the parties exist.

Plaintiff believes that the Defendant is required to fully compensate Plaintiff for the loss

suffered and does not believe that they have done so at this time.

### PARTIES

2.    Plaintiff Batteau Blackwood Farms, LLC. is a domestic LLC incorporated in the state

of Arkansas, with a principal place of business in Madison County, Arkansas, and has been at

all material times to the cause of action set forth herein.

3.    Defendant State Farm Fire and Casualty Company ("State Farm") was at all times

relevant to this matter a foreign corporation registered and licensed to sell insurance within

the State of Arkansas. Defendant's principal address is One State Farm Plaza, Bloomington,

**EXHIBIT**

**A**

IL 61710, and its registered agent for service of process within Arkansas is Corporation Service Company which does business at 300 S. Spring Street, Suite 900, Little Rock, AR 72201.

## JURISDICTION AND VENUE

4.    This Court has jurisdiction pursuant to Ark. Code Ann. § 16-13-201(a), which provides that circuit courts shall have original jurisdiction of all actions and proceedings for the redress of civil grievances except where exclusive jurisdiction is given to other courts. No court has been given exclusive jurisdiction for the matter complained.

5.    Venue is proper in this Court pursuant to Ark. Code Ann. § 23-79-204, which provides that actions brought in this state by an insured against an insurer as to a loss occurring or benefits or rights provided under an insurance policy shall be brought in either the county in which the loss occurred or the county of the insured's residence at the time of the loss. Here, the damaged property was located at in , Arkansas. Accordingly, venue is proper in this court.

## FACTUAL BACKGROUND

6.    On or about April 3, 2025, Plaintiff's property at 18613 AR-23, Witter, AR 72776 incurred damage from a storm.

7.    The roof of the structure was extensively compromised and requires full replacement of the TPO portion, and restoration of the remaining portion of the roof.

8.    Prior to this damage occurring, State Farm had issued an insurance policy insuring the claimed property against any covered loss. *See* Exhibit A.

9.    When establishing the insurance policy for Plaintiff, State Farm assigned 94-AA-E723-1 (the "Policy") as the policy number. This is the policy that was in place when the loss to Plaintiff's property occurred.

10.    Shortly after the storm, Plaintiff filed a claim for damages to their insured property. State Farm assigned Claim No. 04-89Z7-69D to track this claim.

11. Attempting to fix the damaged property, Plaintiff obtained multiple repair estimates up to $168,543.42, which break down as follows:

PLAINTIFF ESTIMATES FOR REPAIRS

| Vendor | Date of Estimate | Estimate |
|---|---|---|
| Harness Roofing, Inc. | July 21, 2025 | $124,021.00 |
| Miller Roofing Company | August 5, 2025 | $78,000.00 |
| Midcon Exteriors | August 25, 2025 | $107,530.57 |
| Pinnacle Roofing & Construction | August 19, 2025 | $168,543.42 |

12. State Farm has denied coverage for this claim, citing two different theories of causation for the damage to the property.

13. The parties disagree on the scope of coverage under the policy, what items should or should not be covered for repairs, and the cost to correct the damage in this case.

14. Defendant is responsible for the acts of its agents and representatives, as set forth below, in the handling of Plaintiffs' insurance claim for damage to their insured property.

## COUNT I – CONTRACT - DWELLING

15. Plaintiff hereby realleges and readopts any and all allegations contained in paragraphs preceding this count above.

16. Plaintiff's property was damaged by a severe storm on or about April 3, 2025, when high winds and hail damaged the roof of the structure.

17. A valid contract of insurance existed between Plaintiff and Defendant.

18. The Policy constitutes a binding contract between Plaintiff and Defendant.

19. Plaintiff performed all obligations required under the Policy.

20. Plaintiff paid all required premiums under the policy.

11. Attempting to fix the damaged property, Plaintiff obtained multiple repair estimates up to $168,543.42, which break down as follows:

PLAINTIFF ESTIMATES FOR REPAIRS

| Vendor | Date of Estimate | Estimate |
|---|---|---|
| Harness Roofing, Inc. | July 21, 2025 | $124,021.00 |
| Miller Roofing Company | August 5, 2025 | $78,000.00 |
| Midcon Exteriors | August 25, 2025 | $107,530.57 |
| Pinnacle Roofing & Construction | August 19, 2025 | $168,543.42 |

12. State Farm has denied coverage for this claim, citing two different theories of causation for the damage to the property.

13. The parties disagree on the scope of coverage under the policy, what items should or should not be covered for repairs, and the cost to correct the damage in this case.

14. Defendant is responsible for the acts of its agents and representatives, as set forth below, in the handling of Plaintiffs' insurance claim for damage to their insured property.

## COUNT I – CONTRACT - DWELLING

15. Plaintiff hereby realleges and readopts any and all allegations contained in paragraphs preceding this count above.

16. Plaintiff's property was damaged by a severe storm on or about April 3, 2025, when high winds and hail damaged the roof of the structure.

17. A valid contract of insurance existed between Plaintiff and Defendant.

18. The Policy constitutes a binding contract between Plaintiff and Defendant.

19. Plaintiff performed all obligations required under the Policy.

20. Plaintiff paid all required premiums under the policy.

21. Plaintiff filed a timely claim for the alleged damage to the property.

22. To date, Plaintiff has suffered losses to their insured property which they believe are properly covered by the insurance policy. That property has not been fixed or restored as required, and Plaintiff has not been fully compensated for their loss.

23. Defendant breached the contract by failing to pay the full amount necessary to repair the damage to Plaintiff's property as required by the policy.

24. Defendant's offer is insufficient to cover the actual costs of repair and leaves a shortfall of financial responsibility to the Plaintiff.

25. Plaintiff is entitled to a judgment against the Defendant in an amount sufficient to compensate them for the appropriate value resulting from the damage to the insured property, less any applicable deductible. Plaintiff currently estimates that the total outstanding damaged property value is approximately $168,543.42.

26. Additionally, Plaintiff is entitled to judgment against Defendant for pre-judgment interest, a 12% penalty of $20,225.21 and a reasonable attorney's fee of forty percent of the total judgment, which is currently estimated at $75,507.45.

27. Based on the preceding the total damages as calculated will be at least $264,276.08.

## DEMAND FOR JURY TRIAL

28. Plaintiff hereby demands a trial by jury.

WHEREFORE, Plaintiffs prays that this Court enter judgments against the Defendant under the counts above for the amounts requested; for prejudgment and post judgment interest, for a 12% statutory penalty, costs, and a reasonable attorneys fee; and for all other just, proper and legal relief to which they may show themselves entitled.

Dated: May 15, 2026

Respectfully submitted,

/s/Chris Baker

Chris Baker Esq.
Arkansas Bar No. 2022124
Attorney for Batteau Blackwood Farms, LLC.
Chris@callhorton.com
Horton Law Firm
2522 Pinnacle Hills Parkway, Suite 202
Rogers, AR 72758
Telephone: (479) 268-4730
Fax: (855) 936-5115

EXHIBIT A

DECLARATIONS PAGE

State Farm Insurance

PO Box 2915
Bloomington, IL 61702-2915

 **StateFarm**

**State Farm Fire and Casualty Company**
A stock company with home offices in Bloomington, Illinois

BATTEAU BLACKWOOD FARMS, LLC
18613 HIGHWAY 23
WITTER AR 72776-8102

# IMPORTANT NOTICE
# Policy Information

**Policy number: 94-AA-E723-1**

January 28, 2025

We're contacting you about the above State Farm® policy.

We're enclosing your Declarations, and any new applicable endorsements, based on some recent policy changes. Please review your coverage selections carefully. If you have any questions about the coverage listed on your Declarations, or you believe any information is incorrect, please contact your State Farm agent right away.

**This is not a bill.** The policy premium is being added to your billing account. If you'd like to pay now, contact your agent.

**THANK YOU FOR CHOOSING STATE FARM. WE APPRECIATE YOUR BUSINESS.**

*If you have any questions, call your State Farm Agent Alex Baldwin at 479-301-2539. If you are deaf, hard of hearing, or do not use your voice to communicate, you may contact us via 711 or other relay services.*

cc: Alex Baldwin
    04-1C0F

State Farm Insurance

PO Box 2915
Bloomington, IL 61702-2915


**StateFarm**

BATTEAU BLACKWOOD FARMS, LLC
18613 HIGHWAY 23
WITTER AR 72776-8102

**State Farm Fire and Casualty Company**
A stock company with home offices in Bloomington, Illinois

**Your State Farm Agent**

**Alex Baldwin**
2503 N Hiram Davis Dr
Fayetteville AR 72703
**Bus:** 479-301-2539
**Email:** alex.baldwin.r3o2@statefarm.com

# Amended Declarations

**Policy number:** 94-AA-E723-1
**Policy period:** 12 months
*The policy period begins and ends at 12:01 am standard time at the premises location.*

**Effective date:** January 27, 2025
**Expiration date:** June 15, 2025

## BUSINESSOWNERS POLICY

**Automatic renewal -** If the State Farm® policy period is shown as **12 months**, this policy will be renewed automatically subject to the premiums, rules and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

## NAMED INSURED

BATTEAU BLACKWOOD FARMS, LLC

## ENTITY

Limited Liability Company

## POLICY PREMIUM

*This is not a bill. If an amount is due, then a separate statement will be sent prior to the due date. The premium(s) shown below are for the policy period and policy characteristics as described in this Declarations.*

**Change in premium: none**

**Discounts applied:**

Business Experience Rating                     Renewal Discount

Years in Business

## REASONS FOR DECLARATIONS

Your policy is amended effective January 27, 2025 due to some recent policy changes you requested. Enclosed is a copy of your new endorsements, if any.

---

Policy number: 94-AA-E723-1

CMP Dec AR
CMP-4000

© Copyright, State Farm Mutual Automobile Insurance Company, 2008

Page 1 of 4

1009178 2017 152395 217 11-16-2024



## SECTION I - PROPERTY SCHEDULE

| Location number | Location of described premises | Limit of Insurance* Coverage A - Buildings | Limit of Insurance* Coverage B - Business Personal Property | Seasonal Increase - Business Personal Property |
|---|---|---|---|---|
| 001 | 18613 HIGHWAY 23 WITTER AR 72776-8102 | $1,169,000 | $6,700 | 25% |

* As of the effective date of this policy, the Limit of Insurance as shown includes any increase in the limit due to Inflation Coverage.

## SECTION I – INFLATION COVERAGE INDEX(ES)

| | |
|---|---|
| **Cov A - Inflation Coverage Index:** | 208.6 |
| **Cov B - Consumer Price Index:** | 308.4 |

## SECTION I – DEDUCTIBLES

| | |
|---|---|
| **BASIC DEDUCTIBLE** | $5,000 |

**SPECIAL DEDUCTIBLES:**

| | |
|---|---|
| **Equipment Breakdown:** | $2,500 |
| **Money and Securities:** | $250 |

Other deductibles may apply - refer to policy.

## SECTION I – EXTENSIONS OF COVERAGE - LIMIT OF INSURANCE - EACH DESCRIBED PREMISES

The coverages and corresponding limits shown below apply separately to each described premises shown in these Declarations, unless indicated by "See schedule". If a coverage does not have a corresponding limit shown below, but has "Included" indicated, refer to that policy provision for an explanation of that coverage.

| Coverage | Limit of Insurance |
|---|---|
| Accounts Receivable | |
| On Premises | $10,000 |
| Off Premises | $5,000 |
| Arson Reward | $5,000 |
| Collapse | Included |
| Damage to Non-owned Buildings from Theft, Burglary or Robbery | Coverage B Limit |
| Debris Removal | 25% of covered loss |
| Equipment Breakdown | Included |
| Fire Department Service Charge | $2,500 |
| Fire Extinguisher Systems Recharge Expense | $5,000 |
| Forgery or Alteration | $10,000 |
| Glass Expenses | Included |
| Increased Cost of Construction and Demolition Costs (applies only when buildings are insured on a replacement cost basis) | 10% |
| Money Orders and Counterfeit Money | $1,000 |

© Copyright, State Farm Mutual Automobile Insurance Company, 2008

CMP-4000



| Coverage | Limit of Insurance |
|---|---|
| Money and Securities | |
|     On Premises | $5,000 |
|     Off Premises | $2,000 |
| Newly Acquired Business Personal Property (applies only if this policy provides Coverage B - Business Personal Property) | $100,000 |
| Newly Acquired or Constructed Buildings (applies only if this policy provides Coverage A - Buildings) | $250,000 |
| Ordinance or Law - Equipment Coverage | Included |
| Outdoor Property | $5,000 |
| Personal Effects (applies only to those premises provided Coverage B - Business Personal Property) | $2,500 |
| Personal Property Off Premises | $15,000 |
| Pollutant Clean Up and Removal | $10,000 |
| Preservation of Property | 30 days |
| Property of Others (applies only to those premises provided Coverage B - Business Personal Property) | $2,500 |
| Signs | $2,500 |
| Valuable Papers and Records | |
|     On Premises | $10,000 |
|     Off Premises | $5,000 |
| Water Damage, Other Liquids, Powder or Molten Material Damage | Included |

## SECTION I – EXTENSIONS OF COVERAGE - LIMIT OF INSURANCE - PER POLICY

The coverages and corresponding limits shown below are the most we will pay regardless of the number of described premises shown in these Declarations.

| Coverage | Limit of Insurance |
|---|---|
| Loss of Income and Extra Expense | 12 Months Actual Loss Sustained |

## SECTION II - LOCATION SCHEDULE

| Location number | Location of described premises |
|---|---|
| 001 | 18613 HIGHWAY 23 <br> WITTER AR 72776-8102 |

© Copyright, State Farm Mutual Automobile Insurance Company, 2008

CMP-4000



## SECTION II - LIABILITY

| Coverage | Limit of Insurance |
|---|---|
| Coverage L - Business Liability Per Occurrence | $1,000,000 |
| Coverage M - Medical Expenses | $5,000 Any One Person |
| Damage to Premises Rented to You | $300,000 |

| Aggregate Limits | Limit of Insurance |
|---|---|
| General Aggregate | $2,000,000 |
| Products/Completed Operations Aggregate | $2,000,000 |

Each paid claim for Liability Coverage reduces the amount of insurance we provide during the applicable annual period. Please refer to Section II – Liability in the Coverage Form and any attached endorsements.

Your policy consists of these Declarations, the BUSINESSOWNERS COVERAGE FORM shown below, and any other forms and endorsements that apply, including those shown below as well as those issued subsequent to the issuance of this policy.

### FORMS AND ENDORSEMENTS

| | |
|---|---|
| CMP-4100 | Businessowners Coverage Form |
| CMP-4204.3 | Amendatory Endorsement (Arkansas) |
| CMP-4561.4 | Policy Endorsement |
| CMP-4705.2 | Loss of Income and Extra Expense |
| CMP-4709 | Money and Securities |
| FD-6007 | Inland Marine Attaching Declarations |
| FE-3650 | Actual Cash Value Endorsement |
| FE-6999.3 | Policyholder Disclosure Notice of Terrorism Insurance Coverage |

### SCHEDULE OF ADDITIONAL INTEREST(S)

Interest type:        Mortgagee
Endorsement number:  N/A
Loan number:         2214512
    ARVEST BANK, ISAOA/ATIMA
    PO BOX 2845
    SIOUX CITY IA  51106-0845

This policy is issued by the State Farm Fire and Casualty Company.

### PARTICIPATING POLICY

You are entitled to participate in a distribution of the earnings of the company as determined by our Board of Directors in accordance with the Company's Articles of Incorporation, as amended.

In Witness Whereof, the State Farm Fire and Casualty Company has caused this policy to be signed by its President and Secretary at Bloomington, Illinois.

President

Secretary

© Copyright, State Farm Mutual Automobile Insurance Company, 2008

CMP-4000

State Farm Insurance

PO Box 2915
Bloomington, IL 61702-2915

 **StateFarm**

BATTEAU BLACKWOOD FARMS, LLC
18613 HIGHWAY 23
WITTER AR 72776-8102

**State Farm Fire and Casualty Company**
A stock company with home offices in Bloomington, Illinois

**Your State Farm Agent**

**Alex Baldwin**
2503 N Hiram Davis Dr
Fayetteville AR 72703
**Bus:** 479-301-2539
**Email:** alex.baldwin.r3o2@statefarm.com

# Inland Marine Attaching Declarations

**Policy number:** 94-AA-E723-1
**Policy period:** 12 months
*The policy period begins and ends at 12:01 am standard time at the premises location.*

**Effective date:** January 27, 2025
**Expiration date:** June 15, 2025

## ATTACHING INLAND MARINE

**Automatic renewal** - If the State Farm® policy period is shown as **12 months**, this policy will be renewed automatically subject to the premiums, rules and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

**Annual policy premium:** Included

The above premium amount is included in the Policy Premium shown on the Declarations.

Your policy consists of these Declarations, the INLAND MARINE CONDITIONS shown below, and any other forms and endorsements that apply, including those shown below as well as those issued subsequent to the issuance of this policy.

## FORMS, OPTIONS AND ENDORSEMENTS

| | |
|---|---|
| FE-8258 | Amendatory Endorsement (Arkansas) |
| FE-8739 | Inland Marine Conditions |
| FE-8743.1 | Inland Marine Computer Property Form |
| | See below for schedule page with limits |

## ATTACHING INLAND MARINE SCHEDULE PAGE

| Endorsement number | Coverage | Limit of insurance | Deductible amount | Annual premium |
|---|---|---|---|---|
| **FE-8743.1** | Inland Marine Computer Property Form | $25,000 | $500 | Included |
| | Loss of Income and Extra Expense | $25,000 | | Included |

Other limits and exclusions may apply - refer to your policy.

Policy number: 94-AA-E723-1
CIM Att Dec AR
FD-6007
© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Page 1 of 1
1009347 2002 152807 202 03-06-2021

FE-6999.3
Page 1 of 1

In accordance with the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2019, this disclosure is part of your policy.

## POLICYHOLDER DISCLOSURE NOTICE OF TERRORISM INSURANCE COVERAGE

Coverage for acts of terrorism is not excluded from your policy. However your policy does contain other exclusions which may be applicable, such as an exclusion for nuclear hazard. You are hereby notified that the Terrorism Risk Insurance Act, as amended in 2019, defines an act of terrorism in Section 102(1) of the Act: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury—in consultation with the Secretary of Homeland Security, and the Attorney General of the United States—to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. Under this policy, any covered losses resulting from certified acts of terrorism may be partially reimbursed by the United States Government under a formula established by the Terrorism Risk Insurance Act, as amended. Under the formula, the United States Government generally reimburses 80% beginning on January 1, 2020 of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

There is no separate premium charged to cover insured losses caused by terrorism. Your insurance policy establishes the coverage that exists for insured losses. This notice does not expand coverage beyond that described in your policy.

THIS IS YOUR NOTIFICATION THAT UNDER THE TERRORISM RISK INSURANCE ACT, AS AMENDED, ANY LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM UNDER YOUR POLICY MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT AND MAY BE SUBJECT TO A $100 BILLION CAP THAT MAY REDUCE YOUR COVERAGE.

FE-6999.3                                                                                                          08-22-2020

©, Copyright, State Farm Mutual Automobile Insurance Company, 2020